UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JONANTHAN MACK,<br><br>*Plaintiff,*<br><br>v.<br><br>ROBERT KEENER AND THE UNITED STATES OF AMERICA,<br><br>*Defendants.* | HON. FREDA L. WOLFSON<br>HON. DOUGLAS E. ARPERT<br><br>Civil Action No. 20-3006 (FLW) (DEA) |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

THIS MATTER in the above-entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that all claims against defendants Robert Keener and the United States of America (together, the "United States") are dismissed with prejudice.

It is contemplated that this Stipulation of Dismissal with Prejudice may be executed in several counterparts, with a separate signature page for each party as necessary. All such counterparts and signature pages, together, shall be deemed to be one document.

| | |
|---|---|
| KAMENSKY COHEN RIECHELSON | RACHAEL A. HONIG<br>Acting United States Attorney |
| *phil cohen*<br>By: Philip Cohen, Esq.<br>*Counsel for Plaintiff* | s/ Peter G. Vizcarrondo<br>By: Peter G. Vizcarrondo<br>Assistant United States Attorney<br>*Counsel for the United States* |

It is further ordered that the Clerk of the Court is directed to reopen this action and upon entry of this order, the case and docket shall be marked closed.
IT IS SO ORDERED:

_____
Freda L. Wolfson, U.S.C.D.J.    3/8/2021